# EXHIBIT 1

**BAKER BOTTS LLP**

| | |
|---|---|
| 101 CALIFORNIA ST.<br>SUITE 3600<br>SAN FRANCISCO, CALIFORNIA 94111<br><br>TEL +1.415.291.6200<br>FAX +1.415.291.6300<br>BakerBotts.com | AUSTIN          LONDON<br>BEIJING         MOSCOW<br>BRUSSELS   NEW YORK<br>DALLAS         PALO ALTO<br>DUBAI           RIYADH<br>HONG KONG  **SAN FRANCISCO**<br>HOUSTON    WASHINGTON |

July 9, 2018

Wayne Stacy
TEL: 4152916206
FAX: 4152916306
wayne.stacy@bakerbotts.com

VIA EMAIL

William C. Kwong
Jeffrey T. Fisher
Office of the California Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7002

Re:   Turner v. Cates, No. 15-03067; Turner v. Lewis, No. 15-0078

Dear Mr. Kwong and Mr. Fisher:

I received a call from Mr. Turner regarding the status of his orthopedic shoes. The CDCR is openly defying the settlement agreement. We need to schedule a status conference with the Court. I will ask that someone from the CDCR be present to explain their interference with a settlement agreement.

It is my understanding that Lieutenant Gafferney will not provide Mr. Turner with his shoes unless Mr. Turner drops his rights to file complaints against certain staff members. Stated simply, Lieutenant Gafferney is apparently requiring Mr. Turner to forfeit legal rights in return for receiving property that is Mr. Turner's. If true, this conduct goes beyond simple breach of a settlement agreement.

I also understand that R&R Officer Pratt, who has possession of the shoes, told Mr. Turner the shoes were too gray and would be returned to sender. Officer Pratt was told about the medical chrono and still refused to comply. We are aware of no rule that allows Officer Pratt to arbitrarily determine that the shoes are "too" gray.

Mr. Turner stated that he may be transferring to another facility next week, and if that happens he will likely not get his shoes. We need to address the current facility and the transfer.

We remind the CDCR that it should preserve all documents related to this breach of the settlement agreement. We also ask that the CDCR preserve all documents related to Lieutenant Gafferney's interactions with Mr. Turner. We are concerned that the CDCR is now acting in bad faith.

Respectfully,

*Wayne Stacy*

Wayne O. Stacy