# EXHIBIT 2

## Stephens, Michelle

| | |
|---|---|
| **From:** | Jeffrey Fisher <Jeffrey.Fisher@doj.ca.gov> |
| **Sent:** | Thursday, July 12, 2018 1:04 PM |
| **To:** | Stacy, Wayne |
| **Cc:** | Guske, Sarah; House, Ariel; Stephens, Michelle; William Kwong; Zewugeberhan Desta |
| **Subject:** | RE: Turner v. Lewis, et al., No. 15-00078; Turner v. Cates, No. 15-003067 |
| **Attachments:** | 42020053.PDF; Turner Letter Enclosures.zip |

Good afternoon, Mr. Stacy.

I'm sorry I missed your call from earlier this afternoon.  I can be available this afternoon before 2:30, or any time tomorrow, to meet and confer by phone.  But we were also in the process of writing the attached letter discussing what we've discovered about the issues Mr. Turner is having.  After reviewing it and the attachments—both attached to this email—please let us know if and when you would like to talk by phone.

(Please let me know if the attachments do not arrive or you have difficulty viewing them.)

Kind regards,
Jeff


Jeffrey T. Fisher
Deputy Attorney General, Correctional Law Section
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7002
Tel: (415) 510-3568
Fax: (415) 703-5480
Jeffrey.Fisher@doj.ca.gov

---

**From:** michelle.stephens@bakerbotts.com [mailto:michelle.stephens@bakerbotts.com]
**Sent:** Monday, July 09, 2018 10:29 AM
**To:** William Kwong <William.Kwong@doj.ca.gov>; Jeffrey Fisher <Jeffrey.Fisher@doj.ca.gov>
**Cc:** Wayne.Stacy@BakerBotts.com; sarah.guske@bakerbotts.com; ariel.house@bakerbotts.com
**Subject:** Turner v. Lewis, et al., No. 15-00078; Turner v. Cates, No. 15-003067

Dear Mr. Kwong and Mr. Fisher,

Attached please find correspondence from Mr. Wayne Stacy, in the above-referenced matter.

Sincerely,

**Michelle Stephens**
Legal Secretary to
Patricia M. Stanton, Partner
Wayne O. Stacy, Partner
Sarah J. Guske, Partner

Baker Botts L.L.P.

[michelle.stephens@bakerbotts.com](michelle.stephens@bakerbotts.com)
T +1.415.291.6003
F +1.415.291.6300

101 California Street
Suite 3600, 36th Floor
San Francisco, CA 94111
USA



**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.