# EXHIBIT 3



*XAVIER BECERRA*  
*Attorney General*

State of California  
**DEPARTMENT OF JUSTICE**

455 GOLDEN GATE AVENUE, SUITE 11000  
SAN FRANCISCO, CA  94102-7004

Public:  (415) 510-4400  
Telephone:  (415) 510-3568  
Facsimile:  (415) 703-5843  
E-Mail:  Jeffrey.Fisher@doj.ca.gov

July 12, 2018

Wayne Stacy  
Baker Botts LLP  
101 California St., Suite 3600  
San Francisco, California 94111

Re:   *Turner v. Cates*, 15-cv-03067 (N.D. Cal.); *Turner v. Lewis*, No. 15-cv-0078 (N.D. Cal.)

Dear Mr. Stacy:

I received your letter dated July 9, 2018 stating that you believe we need another status conference regarding Mr. Turner's orthopedic shoes. We are interested in quickly resolving the issue and will not oppose a request for a status conference, but we encourage you to discuss the demand for these particular shoes with Mr. Turner before scheduling such a conference.

The settlement agreement and medical chrono issued to Mr. Turner allowed him to have "a left ankle fixation device that may be sent from home with shoes to correct ambulation." We do not believe the shoes sent to Mr. Turner fit these criteria. The shoes sent to Mr. Turner lack any ankle fixation device and, so far as CDCR's medical staff can determine, will do nothing to correct his ambulation.[1] They're just grey basketball shoes. Attached are pictures of the shoes that CDCR received, and information about that particular model of shoes can be found at https://www.nike.com/t/zoom-kdx-basketball-shoe-M96ncz/897815-007.

Because the shoes are not a medical device, and not covered by the settlement agreement or Mr. Turner's accommodation chrono, CDCR can allow Mr. Turner to have them only if they meet the requirements of CDCR's Level IV Property Matrix. A copy of the Matrix is attached for your reference, and requirements for tennis shoes are on page 26 (page 2 of the attached). As the pictures and other information make clear, the shoes violate the value and color requirements.

While we are interested in ensuring that CDCR complies with its settlement obligations, at this point it appears that Mr. Turner may be trying to use the settlement agreement to bully the prison into letting him have items that the agreement does not authorize. This dispute aside, CDCR has fully complied with its obligations—it is processing payment of the monetary settlement per the agreed schedule, has provided Mr. Turner with the agreed chrono, and has

---

[1] We are also informed that Mr. Turner was recently referred to an orthopedic specialist clinic to receive a fixation device to address his alleged ankle instability, but he refused.

Wayne Stacy
July 12, 2018
Page 2

given him the cane and walker he desired. And, if Mr. Turner has his family mail in the appropriate medical equipment, it will likewise be provided to him.

      Please let us know if Mr. Turner wants the shoes to be returned to the sender, or if we should hold them while the issue is presented to the Court for resolution.

Sincerely,

JEFFREY T. FISHER
Deputy Attorney General

For   XAVIER BECERRA
Attorney General

JTF:

Enclosures

SF2015402766
42019855.docx