# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFONZO R. TURNER,<br><br>    Plaintiff,<br><br>  vs.<br><br>A. GAFFNEY, et al.,<br><br>    Defendants. | Case No. CV 19-3081-MWF (JPRx)<br><br>**ORDER** |

    On October 14, 2020, Plaintiff filed a Stipulation of the Parties Extending All Case Deadlines. Defendants consent to this Stipulation. Having considered all documents filed by the Parties in connection with the Stipulation, and good cause having been shown, the Stipulation of the Parties Extending All Case Deadlines is **GRANTED**.

    The Revised Deadlines are below.

ORDER
Case: 2:19-cv-03081-MWF-JPR

**REVISED DEADLINES**

|  | Current Deadline | Revised Deadline |
|---|---|---|
| Non-expert Discovery Cut-off | November 24, 2020 | **February 22, 2021** |
| Expert Disclosure (Initial) | December 14, 2020 | **March 15, 2021** |
| Expert Disclosure (Rebuttal) | January 5, 2021 | **April 5, 2021** |
| Expert Discovery Cut-off | January 26, 2021 | **April 26, 2021** |
| Last Day to Hear Motions | January 25, 2021 | **April 26, 2021** |
| Last Day to Conduct ADR Proceeding | February 9, 2021 | **May 10, 2021** |
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | March 22, 2021 | **June 21, 2021** |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict Forms, and file oppositions | March 29, 2021 | **June 28, 2021** |
| Final Pretrial Conference and Hearing on Motions in Limine | April 12, 2021, at 11:00 a.m. | **July 12, 2021 at 11:00 a.m.** |
| Trial Date (Est. 4 Days) | May 4, 2021, at 8:30 a.m. | **August 3, 2021 at 8:30 a.m.** |

**IT IS SO ORDERED.**

Dated:  October 15, 2020

_____
Michael W. Fitzgerald
United States District Judge

ORDER
Case: 2:19-cv-03081-MWF-JPR