SARAH J. GUSKE (SBN: 232467)
sarah.guske@bakerbotts.com
MAKENZI GALVAN (SBN 330585)
makenzi.galvan@bakerbotts.com
**BAKER BOTTS L.L.P.**
101 California St., Suite 3600
San Francisco, CA 94111
Telephone: +1.415.291.6200
Fax: +1.415.291.6300

*Attorneys for Plaintiff*
*Lafonzo R. Turner*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFONZO R. TURNER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>A. GAFFNEY, et al.,<br><br>　　　　Defendants. | Case No. 2:19-cv-03081-MWF-JPR<br><br>**STIPULATION OF THE PARTIES EXTENDING ALL CASE DEADLINES**<br><br>Courtroom:　690<br>　　Judge:　Hon. Michael W. Fitzgerald |

Plaintiff Lafonzo R. Turner and Defendants D. Lewis, D. Taylor, A. Gaffney, J. Coleman, and A. Junes, hereby stipulate to extend all future case deadlines by an additional sixty (60) days, according to the revised case schedule below. The Parties agree that the following good cause exists for the extension:

1. On April 24, 2020, the Parties' counsel conferred by e-mail and agreed to a ninety (90) day stay of all deadlines in this case pending the outcome of the settlement conference.
2. On April 30, 2020, this Court granted the parties' proposed order for a ninety (90) day stay of all deadlines in this case.
3. On October 12, 2020, the Parties' counsel conferred by e-mail and agreed to a ninety (90) day extension of all deadlines in this case.
4. On October 15, 2020, this Court granted the parties' proposed order for a ninety (90) day stay of all deadlines in this case.
5. The Parties have made a good faith effort to maintain the current case schedule and discovery deadlines, but COVID-19 has caused processing and scheduling delays within the California Department of Corrections and Rehabilitation (CDCR).
6. Plaintiff's subpoenaed witness Dr. Harmesh Kumar is medically unavailable until March 11, 2021, after the current close of discovery deadline.
7. CDCR appears to be prohibiting visits to CSP Lancaster at this stage of the COVID pandemic, and the CDCR has not yet responded to Plaintiff's pending requests to inspect the CSP Lancaster facilities and to make CDCR staff available for deposition under FRCP 30(b)(6).
8. Plaintiff's deposition was scheduled for December 23, 2020.  However, Plaintiff's counsel cancelled the deposition on December 22, 2020 on the grounds that Plaintiff was not medically fit to participate in a deposition. Since that time the parties have been conferring regarding when Plaintiff would be able to participate in his deposition.

9. On February 1, 2020, Plaintiff's counsel advised that Plaintiff is currently available for a deposition. Due to CDCR's limited availability of remote deposition equipment and scheduling conflicts of the parties, this deposition will not take place before the current discovery deadline.

10. Lead Plaintiff's counsel has another trial set for August 2, 2021 in Texas.

11. On February 8, 2021, the Parties' counsel conferred by web conference and agreed to a sixty (60) day stay of all deadlines in this case.

Based on the good cause shown, the Parties respectfully move this Court for a sixty (60) day stay of all case deadlines according to the revised case schedule below.

**REVISED DEADLINES**

|  | Current Deadline | Revised Deadline |
|---|---|---|
| Non-expert Discovery Cut-off | February 22, 2021 | **April 23, 2021** |
| Expert Disclosure (Initial) | March 15, 2021 | **May 14, 2021** |
| Expert Disclosure (Rebuttal) | April 5, 2021 | **June 4, 2021** |
| Expert Discovery Cut-off | April 26, 2021 | **June 25, 2021** |
| Last Day to Hear Motions | April 26, 2021 | **June 25, 2021** |
| Last Day to Conduct ADR Proceeding | May 10, 2021 | **July 9, 2021** |
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and all Motions in Limine | June 21, 2021 | **August 20, 2021** |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict Forms, and file oppositions | June 28, 2021 | **August 27, 2021** |
| Final Pretrial Conference and Hearing on Motions in Limine | July 12, 2021 at 11:00 a.m. | **September 13, 2021 at 10:00 a.m.** |
| Trial Date (Est. 4 Days) | August 2, 2021 at 8:30 a.m. | **October 1, 2021 at 8:30 a.m.** |

|   |   |   |
|---|---|---|
| 1 | DATED: February 17, 2021 | Respectfully submitted, |

DATED: February 17, 2021          Respectfully submitted,

*/s/ Deborah B. Wadleigh*
Xavier Becerra
Attorney General of California
Deborah B. Wadleigh
Supervising Deputy Attorney General
Jeremy C. Doernberger
Deputy Attorney General

*Attorneys for Defendants*
*A. Junes, D. Lewis,*
*J. Coleman, and D. Taylor*

*/s/ KELLY SAVAGE DAY*
KELLY SAVAGE DAY
*Attorney for Defendant A. Gaffney*

*/s/ Sarah J. Guske*
Sarah J. Guske
Peter K. Huston
Makenzi A. Galvan
**BAKER BOTTS LLP**
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for Plaintiff*
*Lafonzo R. Turner*

## ATTESTATION

I, Sarah J. Guske, an ECF user whose ID and password are being used to file this document in compliance with C.D. Cal. Civil Local Rule 5-4.3.4(a)(2)(i), attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 17, 2021

/s/ *Sarah J. Guske*
Sarah J. Guske
**BAKER BOTTS LLP**
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for Plaintiff*
*Lafonzo R. Turner*

## CERTIFICATE OF SERVICE

I certify that on February 17, 2021, I caused a copy of this Notice of Stipulation to Extended Case Deadlines to be served on all counsel of record via the Court's Electronic Filing system.

Dated: February 17, 2021

/s/ *Sarah J. Guske*
Sarah J. Guske
**BAKER BOTTS LLP**
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Attorneys for Plaintiff*
*Lafonzo R. Turner*