IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAFONZO R. TURNER,**<br><br>Plaintiff,<br><br>v.<br><br>**A. GAFFNEY, et al.,**<br><br>Defendants. | 2:19-cv-03081-MWF (JPR)<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge:   The Honorable Michael W. Fitzgerald<br>Action Filed: April 19, 2019 |

**Joint Statement:**

Plaintiff Turner brought this civil rights action under 42 U.S.C. § 1983 against Defendants A. Gaffney, D. Lewis, D. Taylor, J. Coleman, and A. Junes (Defendants). Plaintiff was represented by his counsel Sarah J. Guske, Daniel C. Weiss, and Makenzi A. Galvan from Baker Botts, LLP. Defendants Lewis, Taylor, Coleman, and Junes were represented by the Attorney General's Office. Defendant Gaffney was represented by Ms. Kelly Savage Day.

On June 11, 2021, the parties attended a remote settlement conference before Magistrate Judge Kenly K. Kato.[1] Plaintiff and his counsel were present, as were counsel for all Defendants. The parties reached consensus regarding the settlement amount.

**Plaintiff Lafonzo Turner's Statement:**

The parties are continuing to resolve remaining material terms. The parties noted their positions with respect to the remaining material terms (e.g., scope of release, whether any amount could be withheld from the settlement amount, mutual release terms, timing of dismissal based on payment of the settlement amount) on the record. The parties are continuing to exchange drafts of the settlement agreement to resolve the remaining material terms. Consistent with its statements on the record, Plaintiff provided redlines of the proposed draft settlement agreement to Defendants at 3:06 pm PT on June 11, 2021, including redlines to provisions that Defendants characterized as "material" on the record at the settlement conference. Per an email defense counsel on June 14th, the Defendants are still considering the proposed redlines.

Pursuant to the settlement amount reached, Plaintiffs anticipate that the parties will finalize and execute a settlement agreement. Judge Kato's conference minutes (Dkt. No. 85) require a notice of dismissal to be filed within 30 days. Plaintiff may seek an extension of that time to ensure that Plaintiff is not prejudiced in the event of a dispute over material terms as the parties continue to work on the final agreement or a failure to pay by Defendants.

**Defendants' Statement:**

Defendants disagree with Plaintiff's statement. At the settlement conference, Defendants' counsel read the agreed-upon material terms of the parties' agreement onto the record: a payment to Plaintiff in exchange for Plaintiff dismissing this

---

[1] The parties acknowledge the substantial contribution of the Magistrate Judge, her courtroom staff, and Ms. Rosa Morales, in settling this dispute.

action with prejudice, signing a settlement agreement and release and a payee data record form, and all parties bearing their own costs and attorneys' fees. The settlement amount will be paid in accordance with California Penal Code Section 2085.8. Defendants intend to comply with Magistrate Judge Kato's Order.

Counsel for Defendant Gaffney could not be reached to get approval to include a signature on behalf of her client.

Dated: June 14, 2021

Respectfully submitted,

ROB BONTA
Attorney General of California
DEBORAH B. WADLEIGH
Supervising Deputy Attorney General

*/s/ Jeremy Doernberger*
JEREMY DOERNBERGER
Deputy Attorney General
KYLE A. LEWIS
Deputy Attorney General
NECULAI GRECEA
Deputy Attorney General
*Attorneys for Defendants*
*D. Lewis, D. Taylor, J. Coleman, and*
*A. Junes*

*/s/ Sarah J. Guske*
SARAH J. GUSKE
MAKENZI A. GALVAN
DANIEL C. WEISS
**BAKER BOTTS LLP**
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300
*Attorneys for Plaintiff*
*Lafonzo R. Turner*

3