JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFONZO R. TURNER,<br><br>           Plaintiff,<br><br>      v.<br><br>A. GAFFNEY ET AL,<br><br>           Defendant. | Case No.: CV 19-3081-MWF (JPRx)<br><br>**ORDER TO DISMISS CASE WITH PREJUDICE** |

1   On December 20, 2021, the Parties filed a Joint Stipulation of Voluntary
2   Dismissal with Prejudice. Upon consideration of the stipulation, the Court orders
3   that:
4   - The case is DISMISSED with PREJUDICE with each party to bear its
5     own fees and costs.
6   - The Order to Show Cause hearing set for January 24, 2022 (Dkt. No.
7     94) is hereby vacated.

9   IT IS SO ORDERED.

11   Dated:  December 20, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge